```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE J05-0002--CV (JKS)
                       "KAREN FINN V DOUGLAS H. WARD ET AL"

            Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 01/18/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (340) Marine
                    28 USC 1333(1)
            Origin: (1) Original Proceeding
            Demand: 99999
        Filing fee: Paid $150.00 on 01/18/05 receipt # 10096876
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1         FINN, KAREN                     James P. Jacobsen
                                                Beard Stacey et al
                                                4039 21st Avenue W, Suite 401
                                                Seattle, WA 98199
                                                206-282-3100
                                                FAX 206-282-1149

DEF 1.1         WARD, DOUGLAS H.                William T. Montgomery
                                                Montgomery Scarp
                                                1218 3rd Avenue, Suite 2700
                                                Seattle, WA 98101
                                                206-625-1801
                                                FAX 206-625-1807

DEF 2.1         DOLPHIN JET BOAT TOURS          William T. Montgomery
                                                (see above)

DEF 3.1         P/V BIG RED                     No counsel found for this party!

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE J05-0002--CV (JKS)
                        "KAREN FINN V DOUGLAS H. WARD ET AL"

                                  For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 01/18/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (340) Marine
                   28 USC 1333(1)
           Origin: (1) Original Proceeding
           Demand: 99999
       Filing fee: Paid $150.00 on 01/18/05 receipt # 10096876
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 01/18/05 | Complaint filed; Summons issued. |
| 2 - 1 | 01/18/05 | PLF 1 Jury Demand. |
| 3 - 1 | 01/18/05 | PLF 1 Praecipe requesting summons for Def 3 be held in abeyance. |
| 4A- 1 | 04/25/05 | DEF 1-2 Attorney Appearance by Wm. T. Montgomery. |
| 4 - 1 | 04/28/05 | JKS Minute Order re pltf to file proofs of service. cc: cnsl |
| 5 - 1 | 06/13/05 | DEF 1-2 Answer to Complaint and affirmative defenses. |
| 6 - 1 | 06/17/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 7 - 1 | 07/13/05 | PLF 1 Report re: 26(f) mtg w/discovery to close 9/1/06. |
| 8 - 1 | 07/26/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 09/01/06; Dispositive motions deadline 10/01/06; Estimate of trial 3 days. cc: cnsl |