| | |
|---|---|
| 1 | William T. Montgomery |
| | Allan L. MacDougall |
| 2 | Montgomery Scarp MacDougall, PLLC |
| | 1218 Third Ave., Ste. 2700 |
| 3 | Seattle, WA 08101 |
| | Tel. (206) 625-1801 |
| 4 | Fax (206) 625-1807 |
| | tom@montgomeryscarp.com |
| 5 | john@montgomeryscarp.com |
| 6 | Attorneys for defendant |

RECEIVED
JAN 1 2 2006
MONTGOMERY SCARP MACDOUGALL, PLLC

RECEIVED
JAN 2 0 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Hon. James K. Singleton, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

KAREN FINN

    Plaintiff,

vs.

DOUGLAS H. WARD, *in personam* and
DOLPHIN JET BOAT TOURS; *in personam*
and the F/V BIG RED, Official Number
1031847, *in rem*,

    Defendants.

NO. J05-002 CV (JKS)

**STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned cause of action has been settled and should be dismissed with prejudice and without cost to either party.

///

//

**ORIGINAL**

STIPULATION AND ORDER OF DISMISSAL - 1

1  DATED this 16th of January, 2006.

2

3                                    Montgomery Scarp MacDougall, PLLC

4

5                                    _____

6                                    William T. Montgomery, Alaska Bar No. 9311106
                                     John MacDougall
7                                    Of Attorneys for Defendant

8
   DATED this 5 of January, 2006.
9

10

11                                   Beard Stacey Trueb Jacobsen LLP

12

13                                   _____

14                                   James P. Jacobsen   9511051
                                     Of Attorneys for Plaintiff

15

16

17                                   **ORDER**

18

19      Based upon the foregoing stipulation, it is ORDERED that the above-entitled cause is

20  hereby dismissed with prejudice and without cost to either party.

21

22      DATED this _____ day of_____, 2006.

23

24                                   _____
                                     Honorable James K. Singleton, Jr.
25

26

27

STIPULATION AND ORDER OF DISMISSAL - 2

## CERTIFICATE OF SERVICE

I am over the age of 18; and not a party to this action. I am the assistant to an attorney with Montgomery Scarp MacDougall, PLLC, whose address is 1218 Third Avenue, Suite 2700, Seattle, Washington, 98101.

I hereby certify that a true and complete copy of the *STIPULATION AND ORDER OF DISMISSAL* has been filed with the appropriate court and delivered via U.S. Mail to the following:

Beard Stacey Trueb Jacobsen, LLP
4039 21st Avenue W, #401
Seattle, Washington 98199

Attn: Jim Jacobsen

I declare under penalty under the laws of the State of Washington that the foregoing information is true and correct.

DATED this 16th day of January, 2006 at Seattle, Washington.

Amy Paden, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL - 3

MONTGOMERY SCARP MACDOUGALL, PLLC
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807