IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN FINN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DOUGLAS H. WARD, *in personam* and, DOLPHIN JET BOAT TOURS, *in personam*, and the F/V BIG RED, Official Number 1031847, *in rem*,<br><br>　　　　　Defendants. | Case No. J05-002 CV (JKS)<br><br><br>O R D E R |

　　　The Stipulation submitted by the parties for dismissal of this action with prejudice, and without cost to either party, at Docket No. 9, is GRANTED.

　　　Dated at Anchorage, Alaska, this 20th day of January 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge