1  William T. Montgomery
   Allan L. MacDougall
2  Montgomery Scarp MacDougall, PLLC
   1218 Third Ave., Ste. 2700
3  Seattle, WA 08101
   Tel. (206) 625-1801
4  Fax (206) 625-1807
   tom@montgomeryscarp.com
5  john@montgomeryscarp.com

6  Attorneys for defendant

7                                                    Hon. James **RECEIVED**

8                                                       JAN 2 0 2006

9                                                    CLERK, U.S. DISTRICT COURT
                                                         JUNEAU, ALASKA
10
                    IN THE UNITED STATES DISTRICT COURT
11                  FOR THE DISTRICT OF ALASKA AT JUNEAU

12

13
   KAREN FINN                           )
14                                      )
           Plaintiff,                   )    NO. J05-002 CV (JKS)
15                                      )
   vs.                                  )
16                                      )
                                        )
17 DOUGLAS H. WARD, *in personam* and   )
   DOLPHIN JET BOAT TOURS; *in personam*)
18 and the F/V BIG RED, Official Number )
   1031847, *in rem*,                   )
19                                      )
           Defendants.                  )
20                                      )
   _____)
21
               **STIPULATION AND ORDER FOR DISMISSAL**
22                       **WITH PREJUDICE**

23       IT IS HEREBY STIPULATED by and between the parties hereto, through their

24 respective undersigned attorneys, that the above-captioned cause of action has been settled

25 and should be dismissed with prejudice and without cost to either party.

26 / / /

27 / /

STIPULATION AND ORDER OF DISMISSAL - 1

MONTGOMERY SCARP MACDOUGALL, PLLC
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

DATED this 16th of January, 2006.

Montgomery Scarp MacDougall, PLLC

_____
William T. Montgomery, Alaska Bar No. 9311106
John MacDougall
Of Attorneys for Defendant

DATED this 5 of January, 2006.

Beard Stacey Trueb Jacobsen LLP

_____
James P. Jacobsen
Of Attorneys for Plaintiff

## ORDER

Based upon the foregoing stipulation, it is ORDERED that the above-entitled cause is hereby dismissed with prejudice and without cost to either party.

DATED this _____ day of _____, 2006.

_____
Honorable James K. Singleton, Jr.

STIPULATION AND ORDER OF DISMISSAL - 2

MONTGOMERY SCARP MACDOUGALL, PLLC
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

## CERTIFICATE OF SERVICE

I am over the age of 18; and not a party to this action. I am the assistant to an attorney with Montgomery Scarp MacDougall, PLLC, whose address is 1218 Third Avenue, Suite 2700, Seattle, Washington, 98101.

I hereby certify that a true and complete copy of the *STIPULATION AND ORDER OF DISMISSAL* has been filed with the appropriate court and delivered via U.S. Mail to the following:

Beard Stacey Trueb Jacobsen, LLP
4039 21st Avenue W, #401
Seattle, Washington 98199

Attn: Jim Jacobsen

I declare under penalty under the laws of the State of Washington that the foregoing information is true and correct.

DATED this 16th day of January, 2006 at Seattle, Washington.

Amy Paden, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL - 3

MONTGOMERY SCARP MACDOUGALL, PLLC
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807